

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. A. T. Pribble
County Attorney
Mills County
Goldthwaite, Texas

Dear Sir:        Opinion No. O-7250
Re: A licensed State land Sur-
veyor, who is County Sur-
veyor of one county, has the
authority to survey land lines
in another county and charge
a fee therefor.

Copied below is the body of your letter of recent
date requesting our opinion on the above subject:

"I am asking you question for the benefit
of that J. C. Long County Surveyor of Mills Co
Texas. can he legally go over in Hamilton County
and Survey land lines in said County and charge
for the same. he has a licence made by the State
of Texas together a County Surveyor of this
Mills County Texas he has been solicited by a
number of citizens of Hamilton County come over
there and do this work will you please let me
know whether or not this would legal and hoping
to hear from you soon and thanking you in ad-
vance for the the favor, as I do not have time
to look it up and oblige."

Article 5276, Vernon's Annotated Civil Statutes,
reads in part as follows:

"Land surveyors licensed under this Act
are hereby authorized to perform the duties
that may be performed by the county surveyors,
and shall be subject to the direction of the
Commissioner of the General Land Office in
matters of land surveying in such cases as
may come under the supervision of such authori-

Hon. A. T. Pribble - Page 2

ties. The jurisdiction of such licensees shall be co-extensive with the limits of the State. They may hold the office of county surveyor, and if so elected shall qualify as provided by law for county surveyors, but such election for any particular county shall not limit the jurisdiction of said surveyor to such county, nor shall the election of a county surveyor for any particular county prevent any licensed State land surveyor from performing the duties of a surveyor in such county. . . ."

Your question is, therefore, answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By      Donald Gay
             Assistant

DG:BT

APPROVED
OPINION
COMMITTEE
BY ___
CHAIRMAN